# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. FINNEMAN, et al.<br><br>Plaintiffs,<br><br>v.<br><br>WALTER ROBERT LAIDLAW, et al.<br><br>Defendants. | Case No. 20-cv-1179-BAS-RBB<br><br>**ORDER TERMINATING AS MOOT DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT (ECF No. 8)** |

On September 1, 2020, Defendants moved to dismiss Plaintiffs' Complaint and, in the alternative, for a more definite statement under Rule 12 of the Federal Rules of Civil Procedure. (ECF No. 8.) Plaintiffs did not file an opposition. Rather, they filed a First Amended Complaint on September 21, 2020. (ECF No. 10.)

Federal Rule of Civil Procedure 15(a) provides that a party may file an amended pleading "once as a matter of course within . . . 21 days after service of a motion under Rule 12(b)[.]" Here, Plaintiffs filed their amended pleading within 21 days after Defendants served their motion to dismiss under Rule 12(b)(6). Thus, Plaintiffs did not require leave of court to amend their pleading, and their First Amended Complaint is now the operative pleading. *See* Fed. R. Civ. P. 15(a). Further, Plaintiffs' "amended complaint supersedes the original," and their initial Complaint is now treated as "non-existent." *See*

1   *Valadez-Lopez v. Chertoff*, 656 F.3d 851, 857 (9th Cir. 2011).  The Court therefore
2   **TERMINATES AS MOOT** Defendants' motion to dismiss Plaintiffs' initial Complaint
3   (ECF No. 1).  Defendants may file a revised motion based on the First Amended Complaint.
4       **IT IS SO ORDERED.**

6   DATED: October 1, 2020

            Hon. Cynthia Bashant
            United States District Judge